IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BATH & BODY WORKS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZARAGOZA & ZEMBRODT, LLC, *et al*.<br><br><br>    Defendants. | Case No. 2:25-cv-01300<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth P. Deavers |

**CORPORATE DISCLOSURE STATEMENT OF**
**PLAINTIFF BATH & BODY WORKS, LLC**

  Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any nongovernmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

  In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Plaintiff Bath & Body Works, LLC

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

_X_ YES __ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

<u>Bath & Body Works, LLC is an indirect subsidiary of Bath & Body Works, Inc., which is publicly traded on the New York Stock Exchange.</u>

2.      Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

___ YES _X_ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

_____

Respectfully submitted,

*/s/ Elizabeth L. Moyo*
Elizabeth L. Moyo (0081051), Trial Attorney
Meredith E. Schwager (0103529)
Porter Wright Morris & Arthur, LLP
41 South High Street, Suites 2800 - 3200
Columbus, OH 43215
Tel.: 614.227.2106
Email: EMoyo@porterwright.com

Nathan T. Paine
(*pro hac vice motion forthcoming*)
Holland & Knight LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104
Tel.: 206.505.4000
Email: nathan.paine@hklaw.com

Elin Park
(*pro hac vice motion forthcoming*)
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Tel.: 312.715.5730
Email: elin.park@hklaw.com

*Counsel for Bath & Body Works, LLC*